# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HORNSHAW,<br><br>        Plaintiff,<br><br>  vs.<br><br>CITY OF LONG BEACH, a California municipal corporation; DAVID KEENEY, as an individual; EDUARDO RIENHOLD, as an individual; RICARDO ZATARIAN, as an individual; and DOES 1 through 10,<br><br>        Defendants. | Case No.: 2:18-cv-06555 -MWF (PLAx)<br><br>ORDER RE<br>STIPULATED PROTECTIVE ORDER |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is granted.

**IT IS SO ORDERED.**

DATED: January 14, 2019

_____
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE