1
2
3
4
5
6
7

JS-6

8
9
10

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

11

CHRISTOPHER HORNSHAW,

12

Plaintiff,

13

v.

14

CITY OF LONG BEACH, a California
municipal corporation;  DAVID
KEENEY, an individual; EDUARDO
REINHOLD, as an individual;
RICARDO ZATARAIN, as an
individual; and DOES 1 through 10,

15
16
17
18

Defendants.

19

Case No. 2:18-cv-06555-SPG (PLAx)

*Honorable Sherilyn Peace Garnett*
*Hon. Mag. Paul L. Abrams*

**ORDER RE STIPULATION FOR
VOLUNTARY DISMISSAL OF THE
ENTIRE ACTION**

20
21
22
23
24
25
26
27
28

1       Having reviewed the parties' Stipulation for Voluntary Dismissal of the

2  Entire Action and GOOD CAUSE appearing therefore, the Court hereby dismisses

3  this entire action with prejudice. Each party is to bear their own costs and attorneys'

4  fees.

5

6  **IT IS SO ORDERED**.

7

8  DATED:  March 22, 2023

9       HON. SHERILYN PEACE GARNETT

10       UNITED STATES DISTRICT JUDGE